(118 So. 926)

Wesley RAY v. STATE. (7 Div. 426.) Court of Appeals of Alabama. June 26, 1928. Rehearing Denied Aug. 7, 1928. R. B. Carr,

688

Judge.

Merrill & Field, of Anniston, for appellant. Charlie C. McCall, Atty. Gen., for the State. Violating prohibition law.

SAMFORD, J. The only question presented is the refusal of the court to give to the jury the general charge as requested by defendant. It could serve no good purpose to discuss the evidence in detail, but we conclude that the facts proven and the legitimate inferences to be drawn are sufficient to justify the verdict of a jury who heard the facts and saw the parties. The judgment is affirmed. Affirmed.